**GALE, ANGELO, JOHNSON, & PRUETT, P.C.**
Joe Angelo (SBN 268542)
1430 Blue Oaks Blvd., Ste 250
Roseville, CA 95747
Phone (916) 290.7778
Facsimile: (916) 721.2767
Email: jangelo@gajplaw.com

*Attorneys for Plaintiff Jose Caampued*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JOSE CAAMPUED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, N.A,<br><br>　　　　　Defendant. | Case No 5:21-CV-01354-JWH-SP<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT BANK OF AMERICA, N.A.** |

**TO THE COURT, CLERK OF COURT AND ALL PARTIES:**

　　**PLEASE TAKE NOTICE THAT** Plaintiff Jose Caampued and Defendant Bank of America, N.A. have reached a settlement in the above captioned case and are in the process of documenting said settlement.  Plaintiff anticipates filing a dismissal, with prejudice, of Bank of America, N.A. within 21 days once the settlement is finalized.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,
DATED: November 8, 2021　　　　GALE, ANGELO, JOHNSON & PRUETT, P.C.


　　　　　　　　　　　　　　　　By:　　/s/ *Joe Angelo*

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JOE ANGELO
　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　JOSE CAAMPUED